```
PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
```

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>VIRGILIO MELGOZA JR.,<br><br>      Defendant. | CASE NO. 1:06-CR-00253<br><br>STIPULATION; [PROPOSED] ORDER<br><br>DATE: May 1, 2024<br>TIME: 2:30 p.m.<br>COURT: Hon. Christopher D. Baker |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

**STIPULATION**

The parties received bodycam footage and photo evidence from the incident in question in this TSR from Bakersfield Police Department. The parties are reviewing the discovery and are actively discussing possible resolution of this TSR violation. The parties request additional time to do so, and request the status conference be continued to May 8, 2024.

  IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: April 25, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: April 25, 2024

/s/ ALEKXIA STALLINGS
ALEKXIA STALLINGS
Counsel for Defendant
VIRGILIO MELGOZA JR.

IT IS SO ORDERED.

Dated:  **April 29, 2024**

UNITED STATES MAGISTRATE JUDGE