IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRGILIO MELGOZA JR,<br><br>Defendant. | CASE NO. 1:06-CR-00253-JLT<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the United States' exhibits submitted in support of its sentencing memorandum pertaining to defendant VIRGILIO MELGOZA JR, and Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the request, sealing the United States' exhibits serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests the United States identified would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the United States' exhibits that would adequately protect the compelling interests identified.

IT IS SO ORDERED.

Dated:  **July 8, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE